1  **Fricker & Mellen & Associates**
   Timothy J. Fricker, Esq. 183309
2  James G. Mellen, Esq. 122035
   Tribune Tower
3  409 13th Street, 17th Floor
   Oakland, CA 94612
4  Tel: (510) 663-8484
   Fax: (510) 663-0639
5
   Attorneys for Plaintiff
6  Alvin Zimmerman

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ALVIN ZIMMERMAN                    CV 08   0032
                                      Case No.:
12      Plaintiff,

13                                    **COMPLAINT**
   v.
14
   NVIDIA CORPORATION'S SHORT AND
15 LONG TERM DISABILITY PLAN

16      Defendant.

17 _____

18                **I. JURISDICTION**

19    1.   This is a suit to enforce plaintiff's rights to declaratory, injunctive and monetary relief

20 brought pursuant to the Employee Retirement Income Security Act of 1974 (ERISA), 29 USC

21 1001, et seq.

22                **II. PARTIES**

23    2.   Plaintiff ALVIN ZIMMERMAN was at all times relevant hereto a participant in the

24 NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN (hereinafter

25 referred to as PLAN), pursuant to ERISA.

26    3.   NVIDIA CORPORATION is the Administrator of the PLAN and the PLAN is funded

27

28 **Zimmerman Complaint**          Page 1

1 by RELIANCE STANDARD LIFE INSURANCE COMPANY.

2     4.    The PLAN is an employee welfare benefit plan pursuant to ERISA section 502, 29
3 USC 1002.

### III. FACTS

5     5.    Plaintiff was a participant in good standing in the PLAN on August 10, 2001.

6     6.    Plaintiff became disabled on or about August 10, 2001, and continued to be disabled
7 through to December 29, 2006. His disability has, at all times since, met the definition of
8 disability in the PLAN.

9     7.    On June 29, 2006, the PLAN, through the insurer, informed plaintiff that as of July 8,
10 2006, it would terminate long term disability benefits under the PLAN.

11     8.    Plaintiff timely appealed the termination of benefits. On December 29, 2006, the
12 PLAN, through the insurer, informed plaintiff that his appeal was denied.

13     9.    Plaintiff has performed all acts necessary to maintain his status as a participant in the
14 PLAN. He timely filed all applications for benefits and appeals of the termination of benefits.
15 He provided all the necessary information to the PLAN and its representatives. Plaintiff
16 exhausted all available administrative remedies under the PLAN.

### IV. CLAIM FOR RELIEF

18     10.    Plaintiff hereby realleges and incorporates by reference every allegation of paragraphs
19 1 though 9 above, inclusive.

20     11.    ERISA Section 502(a)(1)(B), 29 USC 1132(a)(1)(B), provides a private right of action
21 for ERISA plan participants to recover benefits due and to clarify rights to future benefits under
22 the terms of the PLAN.

23     12.    As a direct and proximate consequence of defendant's failure and refusal to pay
24 benefits under the PLAN, plaintiff has been deprived of amounts to be determined and interest
25 thereon.

26 / / /

27

28 **Zimmerman Complaint**                    Page 2

## V. PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for:

1. A judgment and order that defendant pay the benefits due plaintiff now and in the future and interest thereon.

2. An order that defendant pay plaintiff his attorney fees and other costs.

3. Such order and further relief as the Court may deem just and proper.

Date: __12/31__, 2007.

                                              **Fricker & Mellen & Associates**

                                              By: _____
                                                  Timothy J. Fricker, Esq.
                                                      Attorneys for Plaintiff
                                                          Alvin Zimmerman