HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: kmcnamara@hfdclaw.com

Attorneys for Defendant NVIDIA
CORPORATION'S SHORT AND LONG
TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN ZIMMERMAN, | CASE NO. CV 08 0032 CW |
| Plaintiff, | **DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN, | |
| Defendant. | |

Defendant NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN hereby submits the following Certificate of Interested Parties:

**CERTIFICATE OF INTERESTED PARTIES**

The undersigned, counsel of record for defendant NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Reliance Standard Life Insurance Company
2. Reliance Standard Life Insurance Company of Texas

     3.     Delphi Financial Group, Inc.

     4.     Nvidia Corporation's Short and Long Term Disability Plan

     5..    Plaintiff Alvin Zimmerman

Reliance Standard Life Insurance Company is a part of Reliance Standard Life Insurance Company of Texas, and is owned by Delphi Financial Group, Inc.

DATED: February 13, 2008      HARRINGTON, FOXX, DUBROW & CANTER, LLP

By:     /s/
KEVIN P. McNAMARA
Attorneys for Defendant NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

F:\CASE\RAW.3203\PLEADINGS\Certificate of Interested Parties.wpd   -2-   **CV 08 0032 CW**
DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS