HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: kmcnamara@hfdclaw.com

Attorneys for Defendant NVIDIA
CORPORATION'S SHORT AND LONG
TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN ZIMMERMAN, | CASE NO. CV 08 0032 CW |
| Plaintiff, | **DEFENDANT'S ANSWER TO COMPLAINT WITH AFFIRMATIVE DEFENSES** |
| v. | |
| NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN, | |
| Defendant. | |

Defendant Nvidia Corporation's Short and Long Term Disability Plan (the "Plan"), hereby answers plaintiff's complaint and asserts affirmative defenses as follows:

1.   Admitted in part and denied in part. It is admitted only that plaintiff brings this suit under ERISA and that he seeks the relief identified in this paragraph. It is denied that plaintiff is entitled to any relief.

2.   Admitted in part and denied in part. It is admitted only that at the time plaintiff stopped working and while he was receiving benefits under the Plan, he was a participant in the Plan pursuant to ERISA. It is denied that plaintiff remains a Plan participant.

3 -5, inclusive.   Admitted.

**1**  6. Admitted in part and denied in part. It is admitted only that the Plan accepted the disability claim and concluded that plaintiff became disabled on or about August 10, 2001. Each and every remaining averment in this paragraph is denied. It is especially denied that plaintiff has remained disabled after benefits were discontinued.

7 -8, inclusive. Admitted.

9. Admitted in part and denied in part. It is admitted only that plaintiff filed applications for benefits and an appeal from the termination of benefits and that he exhausted all available administrative remedies under the plan. Each and every remaining averment in this paragraph is denied as it is denied that plaintiff provided the Plan with proof of his continued eligibility.

10. Defendant incorporates herein by reference its answers to paragraphs 1 through 9 of the complaint as though the same were set forth here in full.

11. Admitted. By way of further response, it is denied that plaintiff is entitled to any relief under ERISA.

12. Denied.

WHEREFORE, defendant Nvidia Corporation's Short and Long Term Disability Plan denies liability to plaintiff and requests that the court enter judgment in its favor on all claims and award to defendant its fees and costs together with such other equitable relief that the court deems fair and just.

### AFFIRMATIVE DEFENSES

1. Plaintiff's claims are governed by ERISA.
2. Plaintiff's complaint fails to state a claim against defendant.
3. Plaintiff is not entitled to a jury trial under ERISA.
4. Plaintiff is no longer disabled.

/ / /
HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

5. At the time benefits were discontinued, plaintiff failed to sustain his burden of proving continued eligibility.

6. No additional benefits are owed to plaintiff under the terms of the subject Plan.

7. Plaintiff is not Totally Disabled as that term is defined in the Plan.

8. Plaintiff is not Totally Disabled from his regular occupation.

9. Plaintiff failed to provide defendant with satisfactory proof of his claimed disability.

10. The subject plan grants to the claims review fiduciary the discretionary authority to determine eligibility for benefits.

11. The arbitrary and capricious standard of review applies to the court's review of the denial of benefits.

12. The denial of benefits was neither arbitrary nor capricious.

13. The denial of benefits is supported by substantial evidence in the Administrative Record.

WHEREFORE, defendant Nvidia Corporation's Short and Long Term Disability Plan denies liability to plaintiff and requests that the court enter judgment in its favor on all claims and award to defendant its fees and costs together with such other equitable relief that the court deems fair and just.

DATED: February 13, 2008          HARRINGTON, FOXX, DUBROW & CANTER, LLP


By:  /s/
KEVIN P. McNAMARA
Attorneys for Defendant NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN