**Fricker & Mellen & Associates**
**Timothy J. Fricker, Esq. 183309**
**James G. Mellen, Esq. 122035**
**Tribune Tower**
**409 13th Street, 17th Floor**
**Oakland, CA 94612**
**Tel: (510) 663-8484**
**Fax: (510) 663-0639**

Attorneys for Plaintiff
Alvin Zimmerman

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN ZIMMERMAN | Case No.: CV-08-0032 |
| Plaintiff, | |
| v. | **ADR CERTIFICATION BY PARTY AND COUNSEL** |
| NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN | |
| Defendant. | |

Pursuant to Civil L. R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov. *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute

Page 1

1 | resolution options.

2 | Date:  March 17, 2008                             /s/ T. J. Fricker for A. Zimmerman
                                                                    [Party]

3 | Date:  March 17, 2008                             /s/ T. J. Fricker
4 |                                                                    [Counsel]