HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: kmcnamara@hfdclaw.com

Attorneys for Defendant NVIDIA
CORPORATION'S SHORT AND LONG
TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN ZIMMERMAN, | CASE NO. CV 08 0032 CW |
| Plaintiff, | **DEFENDANT'S COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN, | Date: April 8, 2008<br>Time: 2:00 p.m.<br>Ctrm.: 2 |
| Defendant. | |

PLEASE TAKE NOTICE THAT Defendant NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN's counsel of record, HARRINGTON, FOXX, DUBROW & CANTER, hereby requests permission to participate telephonically in the forthcoming Case Management Conference based on the following reasons:

    1.    This is a dispute over denial of long term disability insurance benefits, and is governed by ERISA.

    2.    Defense counsel's office is located in Los Angeles, California.

    3.    To date plaintiff's and defendant's counsel have worked well together in this case, and agreed to the best strategy for case administration. I believe my

1 appearance by phone will have no negative impact on the Case Management
2 Conference, or this case.
3     4.    I do not have direct dial, but will be available at (213) 489-3222, the office
4 number, until the court calls.

6 DATED: April 2, 2008        HARRINGTON, FOXX, DUBROW &
7                                           CANTER, LLP

8                               By:   /s/ Kevin P. McNamara
9                                   KEVIN P. McNAMARA
                                  Attorneys for Defendant NVIDIA
10                                CORPORATION'S SHORT AND LONG
                               TERM DISABILITY PLAN

## ORDER

15 Good cause having been shown, Defendant NVIDIA CORPORATION'S
16 SHORT AND LONG TERM DISABILITY PLAN's counsel, HARRINGTON, FOXX,
17 DUBROW & CANTER's request to participate telephonically in the Case Management
18 Conference is hereby GRANTED.

20     IT IS SO ORDERED.

22 Dated: _____

                                            HON. CLAUDIA WILKEN
23                                       United States District Court Judge

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222