HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: kmcnamara@hfdclaw.com

Attorneys for Defendant NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN ZIMMERMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant. | CASE NO. CV 08 0032 CW<br><br>**ORDER GRANTING DEFENDANT'S COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:　April 8, 2008<br>Time:　2:00 p.m.<br>Ctrm.:　2 |

　　　　PLEASE TAKE NOTICE THAT Defendant NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN's counsel of record, HARRINGTON, FOXX, DUBROW & CANTER, hereby requests permission to participate telephonically in the forthcoming Case Management Conference based on the following reasons:

　　　　1.　This is a dispute over denial of long term disability insurance benefits, and is governed by ERISA.

　　　　2.　Defense counsel's office is located in Los Angeles, California.

　　　　3.　To date plaintiff's and defendant's counsel have worked well together in this case, and agreed to the best strategy for case administration. I believe my

appearance by phone will have no negative impact on the Case Management Conference, or this case.

4. I do not have direct dial, but will be available at (213) 489-3222, the office number, until the court calls.

DATED: April 4, 2008              HARRINGTON, FOXX, DUBROW & CANTER, LLP

By:  /s/ Kevin P. McNamara
KEVIN P. McNAMARA
Attorneys for Defendant NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN

## **ORDER**

Good cause having been shown, Defendant NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN's counsel, HARRINGTON, FOXX, DUBROW & CANTER's request to participate telephonically in the Case Management Conference is hereby GRANTED.

IT IS SO ORDERED.

4/4/08

Dated: _____

*Claudia Wilken*

HON. CLAUDIA WILKEN
United States District Court Judge

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222