# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Zimmerman,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>Nvidia Corporation's Short & Long Term Disability,<br><br>                    Defendant(s). | 08-00032 CW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Jacqueline Scott Corley**
> Law Clerk to the Hon. Charles R. Breyer
> US District Court - NDCA
> 450 Golden Gate Ave.
> San Francisco, CA 94102
> 415-522-3187

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00032 CW MED                                            - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: April 4, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-00032 CW MED                - 2 -