**FILED**

**JUN 1 8 2008**

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Zimmerman,<br><br>      Plaintiff(s),<br><br>      v.<br><br>Nvidia Corporation's Short & Long Term Disability,<br><br>      Defendant(s). | No. C 08-00032 CW MED<br><br>**Certification of ADR Session** |

*Instructions:  The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session.  The ADR unit will file-stamp the Certification and place it in the court file.*

1.   I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) ___6/18/08___

2.   Did the case settle?      ☑ fully      ☐ partially      ☐ no

3.   If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

**4.    IS THIS ADR PROCESS COMPLETED?      ☑ YES      ☐ NO**

Dated: ___6·18·08___          _Jacqueline S. Corley_
**Mediator, Jacqueline Scott Corley**
Law Clerk to the Hon. Charles R. Breyer
450 Golden Gate Ave.
San Francisco, CA 94102

**Certification of ADR Session**
08-00032 CW MED