HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: kmcnamara@hfdclaw.com

Attorneys for Defendant NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN ZIMMERMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN,<br><br>    Defendant. | CASE NO. CV 08 0032 CW<br><br>**STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Plaintiff ALVIN ZIMMERMAN and defendant NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN, by and through their respective attorneys of record, hereby stipulate and agree that this action shall be dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

DATED: July 7, 2008          HARRINGTON, FOXX, DUBROW & CANTER, LLP

By:   /s/ Kevin P. McNamara
      KEVIN P. McNAMARA
      Attorneys for Defendant NVIDIA CORPORATION'S SHORT AND LONG TERM DISABILITY PLAN

DATED: July 1, 2008          FRICKER & MELLEN & ASSOCIATES

By:   /s/ Timothy J. Fricker
      TIMOTHY J. FRICKER
      Attorneys for Plaintiff ALVIN ZIMMERMAN

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

F:\CASE\RAW.3203\Stipulation for Dismissal.wpd          -2-          **CV 08 0032 CW**
STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE

## **ORDER**

Pursuant to the Stipulation of the parties, the above-entitled action is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated: _____ , 2008

_____
United States District Court Judge

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

F:\CASE\RAW.3203\Stipulation for Dismissal.wpd    -3-    **CV 08 0032 CW**
STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE