HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
E-mail: kmcnamara@hfdclaw.com

Attorneys for Defendant NVIDIA
CORPORATION'S SHORT AND LONG
TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN ZIMMERMAN, | ) CASE NO. CV 08 0032 CW |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| v. | ) **DISMISSING COMPLAINT WITH** |
| | ) **PREJUDICE** |
| NVIDIA CORPORATION'S SHORT | ) |
| AND LONG TERM DISABILITY | ) |
| PLAN, | ) |
| Defendant. | ) |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

1     Plaintiff ALVIN ZIMMERMAN and defendant NVIDIA CORPORATION'S

2  SHORT AND LONG TERM DISABILITY PLAN, by and through their respective

3  attorneys of record, hereby stipulate and agree that this action shall be dismissed with

4  prejudice, with all parties to bear their own attorney's fees and costs.

5

6

7  DATED:   July 7, 2008          HARRINGTON, FOXX, DUBROW &
                                   CANTER, LLP
8

9                                  By:    /s/ Kevin P. McNamara
                                          KEVIN P. McNAMARA
10                                        Attorneys for Defendant NVIDIA
                                          CORPORATION'S SHORT AND LONG
11                                        TERM DISABILITY PLAN

12

13

14 DATED:   July 1, 2008          FRICKER & MELLEN & ASSOCIATES

15

16                                 By:    /s/ Timothy J. Fricker
                                          TIMOTHY J. FRICKER
17                                        Attorneys for Plaintiff ALVIN
                                          ZIMMERMAN

18

19

20

21

22

23

24

25

26

27

28

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

**ORDER**

Pursuant to the Stipulation of the parties, the above-entitled action is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated: _8/5_____ , 2008

_____
United States District Court Judge

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222